UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADVANTAGEOUS COMMUNITY
SERVICES, LLC et al.,

Plaintiffs,

v.  Civ. No. 1:17cv-00525 LF/KK

GARY KING et al.,

Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies he transmitted Defendants' Responses to Plaintiff Advantageous' First Set of Requests to Plaintiffs, care of their attorney, Ryan M. Walters, Esq., Lewis, Roca, Rothgerber, Christie, LLP, 201 Third Street, N.W., Suite 1950, Albuquerque, New Mexico 87102 on this 4th day of November, 2018, together with a copy of this Certificate.

DOLAN & ASSOCIATES

By: *Daniel R. Dolan*
    Daniel R. Dolan, Esq.
    3167 San Mateo NE, Unit 110
    Albuquerque, NM 87110
    (505) 883-1266